PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00178-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| GABRIEL ALVA, | DATE: January 11, 2022 |
| Defendant. | TIME: 9:30 a.m. COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Gabriel Alva, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a change-of-plea hearing on January 11, 2022.

2.      By this stipulation, the defendant now moves to continue the change-of-plea hearing until February 15, 2022 at 9:30 AM, and to exclude time between January 11, 2022, and February 15, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes thousands of pages of investigative reports, dark web data, image and video files, cellular device extractions, and physical evidence obtained during execution of search warrants. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, or else will shortly be produced directly to counsel.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1   b)   The parties are also engaged in discussions regarding a potential plea agreement

2   to resolve the case.

3   c)   Counsel for the defendant desires additional time to consult with his client, review

4   discovery and the proposed plea agreement, discuss potential defenses to the charges, and

5   otherwise prepare for possible trial.

6   d)   Counsel for the defendant believes that failure to grant the above-requested

7   continuance would deny him the reasonable time necessary for effective preparation, taking into

8   account the exercise of due diligence.

9   e)   The government does not object to the continuance.

10   f)   Based on the above-stated findings, the ends of justice served by continuing the

11   case as requested outweigh the interest of the public and the defendant in a trial within the

12   original date prescribed by the Speedy Trial Act.

13   g)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14   et seq., within which trial must commence, the time period of January 11, 2022, to February 15,

15   2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code

16   T4] because it results from a continuance granted by the Court at the defendant's request on the

17   basis of the Court's finding that the ends of justice served by taking such action outweigh the

18   best interest of the public and the defendant in a speedy trial.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  December 14, 2021                          PHILLIP A. TALBERT
                                                  Acting United States Attorney


                                                  /s/ SAM STEFANKI
                                                  SAM STEFANKI
                                                  Assistant United States Attorney


Dated:  December 14, 2021                          /s/ STEPHEN KAHN
                                                  STEPHEN KAHN
                                                  Counsel for Defendant
                                                  GABRIEL ALVA




## ORDER

IT IS SO ORDERED this 17th day of December, 2021.


                                                  /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT JUDGE