1  PHILLIP A. TALBERT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | CASE NO. 2:21-CR-00178-JAM
12 |                   Plaintiff,            | STIPULATION REGARDING EXCLUDABLE
   |                                         | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |           v.                            | ORDER
14 | GABRIEL ALVA,                           | DATE: February 15, 2022
   |                                         | TIME: 9:30 a.m.
15 |                   Defendant.            | COURT: Hon. John A. Mendez

16

17                         **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant Gabriel

19 Alva, by and through his counsel of record, hereby stipulate as follows:

20      1.     By previous order, this matter was set for a change-of-plea hearing on February 15, 2022.

21      2.     By this stipulation, the defendant now moves to vacate the change-of-plea hearing and set

22 a status conference for May 3, 2022, at 9:30 a.m., and to exclude time between February 15, 2022, and

23 May 3, 2022, under Local Code T4.

24      3.     The parties agree and stipulate, and request that the Court find the following:

25             a)    The government has represented that the discovery associated with this case

26      includes thousands of pages of documents, as well as complex data and files downloaded from

27      the internet. All of this discovery has been either produced directly to counsel and/or made

28      available for inspection and copying.

  b) The defendant recently filed a notice of association of counsel, adding an additional Sacramento-based attorney to his defense team.

  c) Newly added counsel for the defendant desires additional time to familiarize himself with the case, review discovery, discuss proposed resolutions with the defendant and the attorney for the United States, and otherwise prepare for trial.

  d) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Counsel for the defendant also believes that failure to grant the above-requested continuance would deny the defendant continuity of counsel.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 15, 2022, to May 3, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 10, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: February 10, 2022

/s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Counsel for Defendant GABRIEL ALVA

## ORDER

IT IS SO FOUND AND ORDERED this 10th day of February, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE