PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>                    v.<br><br>GABRIEL ALVA,<br><br>                            Defendant. | CASE NO.  2:21-CR-00178-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: July 26, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff the United States of America, by and through its counsel of record, and defendant Gabriel Alva, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on July 26, 2022.

2.      By this stipulation, the defendant now moves to continue the status conference until October 4, 2022, and to exclude time between July 26, 2022, and October 4, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes thousands of pages of documents, as well as complex data and files downloaded from the internet.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1  b) Newly added counsel for the defendant desires additional time to familiarize

2  himself with the case, review discovery, discuss proposed resolutions with the defendant and co-

3  counsel, and otherwise prepare for trial.

4  c) Counsel for the defendant believes that failure to grant the above-requested

5  continuance would deny them the reasonable time necessary for effective preparation, taking into

6  account the exercise of due diligence.  Counsel for the defendant also believes that failure to

7  grant the above-requested continuance would deny the defendant continuity of counsel.

8  d) The government does not object to the continuance.

9  e) Based on the above-stated findings, the ends of justice served by continuing the

10  case as requested outweigh the interest of the public and the defendant in a trial within the

11  original date prescribed by the Speedy Trial Act.

12  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13  et seq., within which trial must commence, the time period of July 26, 2022, to October 4, 2022,

14  inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4]

15  because it results from a continuance granted by the Court at the defendant's request on the basis

16  of the Court's finding that the ends of justice served by taking such action outweigh the best

17  interest of the public and the defendant in a speedy trial.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4

5         IT IS SO STIPULATED.

6

7

8  Dated:  July 18, 2022                           PHILLIP A. TALBERT
                                                    United States Attorney
9

10                                                  /s/ SAM STEFANKI
                                                    SAM STEFANKI
11                                                  Assistant United States Attorney

12

13  Dated:  July 18, 2022                          /s/ DAVID W. DRATMAN
                                                    DAVID W. DRATMAN
14                                                  Counsel for Defendant GABRIEL ALVA

15

16  Dated:  July 18, 2022                          /s/ STEPHEN R. KAHN
                                                    STEPHEN R. KAHN
17                                                  Counsel for Defendant GABRIEL ALVA

18

19

20                                      **ORDER**

21

22
    Dated:  July 19, 2022             /s/ John A. Mendez
23                                     THE HONORABLE JOHN A. MENDEZ
                                       SENIOR UNITED STATES DISTRICT COURT JUDGE
24

25

26

27

28