PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL ALVA,<br><br>Defendant. | CASE NO. 2:21-CR-00178-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: October 4, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff the United States of America, by and through its counsel of record, and defendant Gabriel Alva, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 4, 2022.

2. By this stipulation, the defendant now moves to continue the status conference until January 10, 2023, at 9:00 a.m., and to exclude time between October 4, 2022, and January 10, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes thousands of pages of documents, as well as complex data and files downloaded from the internet. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     Newly added counsel for the defendant desires additional time to familiarize himself with the case, review discovery, discuss proposed resolutions with the defendant and co-counsel, and otherwise prepare for trial.  Furthermore, the defendant was recently transferred to a different detention facility that requires more time for defense counsel to visit in person to discuss the case and otherwise prepare for trial with his client.

c)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Counsel for the defendant also believes that failure to grant the above-requested continuance would deny the defendant continuity of counsel.

d)     The government does not object to the continuance.

e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 4, 2022, to January 10, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: September 29, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ SAM STEFANKI<br>SAM STEFANKI<br>Assistant United States Attorney |
| Dated: September 29, 2022 | /s/ DAVID W. DRATMAN<br>DAVID W. DRATMAN<br>Counsel for Defendant GABRIEL ALVA |
| Dated: September 29, 2022 | /s/ STEPHEN R. KAHN<br>STEPHEN R. KAHN<br>Counsel for Defendant GABRIEL ALVA |

## ORDER

IT IS SO FOUND AND ORDERED this 29th day of September, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE