STEPHEN R. KAHN
Law Offices of Stephen R. Kahn
State Bar No. 55789
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210-4413
Telephone:  (310) 246-9227
Facsimile:   (310) 246-9656
Email:  srklaw7@aol.com

DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, CA 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorneys for Defendant
GABRIEL ALVA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>GABRIEL ALVA,<br><br>              Defendant. | CASE NO.  2:21-CR-00178-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: February 28, 2023<br>TIME:  9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff the United States of America, by and through its counsel of record, and defendant Gabriel Alva, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 28, 2023.

2. By this stipulation, the defendant now moves to continue the status conference until June 6, 2023, at 9:00 a.m., and to exclude time between February 28, 2023, and June 6, 2023, under Local

Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes thousands of pages of documents, as well as complex data and files downloaded from the internet. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for the defendant desires additional time to familiarize self with the case, review discovery, discuss proposed resolutions with the defendant and co-counsel, and otherwise prepare for trial. Attorney David W. Dratman is set to commence a jury trial on March 7, 2023 in this federal district courthouse, scheduled to potentially last through the end of March, 2023; followed by back to back jury trials in California state courtrooms in April and May, scheduled to commence April 4, 2023 with the last trial scheduled to commence May 22, 2023. Furthermore, the defendant was transferred to a different detention facility that requires more time for defense counsel to visit in person to discuss the case and otherwise prepare for trial with his client.

    c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Counsel for the defendant also believes that failure to grant the above-requested continuance would deny the defendant continuity of counsel.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 28, 2023, to June 6, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the

best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 22, 2023                     PHILLIP A. TALBERT
                                             United States Attorney

                                             /s/ SAM STEFANKI
                                             SAM STEFANKI
                                             Assistant United States Attorney


Dated: February 22, 2023                     /s/ DAVID W. DRATMAN
                                             DAVID W. DRATMAN
                                             Counsel for Defendant GABRIEL ALVA


Dated: February 22, 2023                     /s/ STEPHEN R. KAHN
                                             STEPHEN R. KAHN
                                             Counsel for Defendant GABRIEL ALVA


**ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of February, 2023

                                             /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             SENIOR UNITED STATES DISTRICT JUDGE