STEPHEN R. KAHN
Law Offices of Stephen R. Kahn
State Bar No. 55789
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210-4413
Telephone: (310) 246-9227
Facsimile: (310) 246-9656
Email: srklaw7@aol.com

DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, CA 95825-6738
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorneys for Defendant
GABRIEL ALVA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GABRIEL ALVA,<br><br>　　　　　　　Defendant. | CASE NO. 2:21-cr-00178-JAM<br><br>**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE**<br><br>DATE: September 26, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

　　Plaintiff, the United States of America, by and through its counsel of record, and defendant Gabriel Alva, by and through his counsel of record, with the concurrence of the Probation Department, hereby stipulate that the Judgment and Sentencing scheduled for September 26, 2023, at 9:00 a.m. be continued to **November 28, 2023, at 9:00 a.m**.; and, that the following sentencing schedule be adopted:

　　Judgment and Sentencing Date:　　　　　　　　　　　　　　　　　　　　November 28, 2023

　　Reply, or Statement of Non-Opposition:　　　　　　　　　　　　　　　　November 21, 2023

STIPULATION AND ORDER RESETTING
SENTENCING SCHEDULE

1

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: November 14, 2023

The Presentence Report shall be filed with the Court and disclosed to counsel no later than: October 31, 2023

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: October 24, 2023

The proposed Presentence Report shall be disclosed to counsel no later than: October 10, 2023

IT IS SO STIPULATED.

Dated: September 19, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: September 19, 2023

/s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Counsel for Defendant GABRIEL ALVA

Dated: September 19, 2023

/s/ STEPHEN R. KAHN
STEPHEN R. KAHN
Counsel for Defendant GABRIEL ALVA

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 20, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE