DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, CA 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

STEPHEN R. KAHN
Law Offices of Stephen R. Kahn
State Bar No. 55789
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210-4413
Telephone:  (310) 246-9227
Facsimile:   (310) 246-9656
Email: srklaw7@aol.com

Attorneys for Defendant
GABRIEL ALVA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-cr-00178-JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| v. | |
| GABRIEL ALVA, | DATE: November 21, 2023<br>TIME:  9:00 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

Plaintiff the United States of America, by and through its counsel of record, and defendant Gabriel Alva, by and through his counsel of record, with the concurrence of the Probation Department, hereby stipulate that the Judgment and Sentencing scheduled for November 21, 2023, at 9:00 a.m. be continued to **January 23, 2024, at 9:00 a.m**.  This is the earliest date that both defense counsel are available for the sentencing hearing

STIPULATION AND ORDER RESETTING
SENTENCING

following the Court's *sua sponte* advancement of the sentencing hearing from November 28, 2023 to November 21, 2023.

Dated:  November 2, 2023          PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ SAM STEFANKI
                                  SAM STEFANKI
                                  Assistant United States Attorney

Dated: November 2, 2023           /s/ DAVID W. DRATMAN
                                  DAVID W. DRATMAN
                                  Counsel for Defendant GABRIEL ALVA

Dated:  November 2, 2023          /s/ STEPHEN R. KAHN
                                  STEPHEN R. KAHN
                                  Counsel for Defendant GABRIEL ALVA

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: November 03, 2023          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RESETTING SENTENCING