DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, CA 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

STEPHEN R. KAHN
Law Offices of Stephen R. Kahn
State Bar No. 55789
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210-4413
Telephone:  (310) 246-9227
Facsimile:   (310) 246-9656
Email:  srklaw7@aol.com

Attorneys for Defendant
GABRIEL ALVA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>             v.<br><br>GABRIEL ALVA,<br><br>                        Defendant. | CASE NO.  2:21-cr-00178-JAM<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING**<br><br>DATE: January 23, 2024<br>TIME:  9:00 a.m.<br>COURT: Hon. John A. Mendez |

Plaintiff the United States of America, by and through its counsel of record, and defendant Gabriel Alva, by and through his counsel of record, hereby stipulate that the Judgment and Sentencing scheduled for January 23, 2024, at 9:00 a.m. be continued to **February 13, 2024, at 9:00 a.m.**  This continuance is at defense counsel's request so that an appropriate sentencing memorandum may be prepared and filed in advance of the

STIPULATION AND ORDER CONTINUING
SENTENCING

sentencing hearing.

Dated:  January 16, 2024  
PHILLIP A. TALBERT  
United States Attorney

/s/ SAM STEFANKI  
SAM STEFANKI  
Assistant United States Attorney

Dated: January 16, 2024  
/s/ DAVID W. DRATMAN  
DAVID W. DRATMAN  
Counsel for Defendant GABRIEL ALVA

Dated:  January 16, 2024  
/s/ STEPHEN R. KAHN  
STEPHEN R. KAHN  
Counsel for Defendant GABRIEL ALVA

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: January 16, 2024  
/s/ John A. Mendez  
THE HONORABLE JOHN A. MENDEZ  
SENIOR UNITED STATES DISTRICT JUDGE