# Exhibit A

February 2, 2024

Honorable John A. Mendez
Senior United States District Judge
United States District Court
501 I Street
Sacramento, California 95814

Judge Mendez,

    First, I apologize and take responsibility for my crime and the harm I caused by selling drugs.  I am aware of the damage created by drugs, both in society as a whole and in the personal lives of individual users and their families, because I have struggled with addiction myself since I was a teenager.  Even after I was arrested and released on bond, as the pressure on me began to mount, I was not strong enough to resist the pull of using drugs and I relapsed.  This resulted in my bond being revoked and coming back into custody.  I take responsibility for that too, Your Honor.  And I apologize to my mother and father, who are starting to deal with health challenges as they get older, and to everyone in my family for the heartache I have caused.

    I want to be very clear that I do not blame anyone but myself for the situation I am in.  I did do the criminal acts I have pled guilty to, they were illegal and wrong, and there is no justification.

    Over and over I have reflected, what has brought me to this point?  Simply put, drugs and my bad decisions surrounding drugs.  It is difficult to put into words just how relentless the downward cycle of addiction can be.  There is this unyielding undertow that permeates into everything you are, everything that you do.  And before you realize it, it has become so entangled into your life that you feel powerless against removing it.  It now influences your every movement, your every thought.  It has become your sole motivation, your purpose, your identity.

    Of course, I did not start out as an addict.  When I was a child, my memory is that I was happy much of the time.  I spent a lot of time with each of my parents.  They watched my baseball and soccer games.  My father encouraged me to take up bicycle racing and to go on long weekend rides with himself and his friends.  I was also passionate about music.  I played piano, and drums in the school marching band and in garage bands with my friends, and my family encouraged me there, too.

Eventually, though, strains and cracks began to show in my parents' marriage, leading to conflict and to a bitter and very hurtful divorce.  I went with my mom when she moved out, while my little sister stayed with our dad.  This happened as I was making the transition from junior high to high school, which was around the same time some of my friends were beginning to experiment with marijuana, pills, and other drugs.  I experimented along with them, soon finding myself on the long descent into addiction and nothing in my life has been the same after that.

I believe my drug use initially started as a form of escapism, as a coping mechanism.  It evolved into a chaotic and toxic path to self-destruction.  I was stuck in a defeatist mentality, trapped in a downward spiral.  I was caught in a free fall, never realizing just how lost or how disillusioned I had become.  If I was stronger back then -- if I was then who I believe I am now -- then I would have fought my way back to the surface, I would have risen above and my life would be very different.  Unfortunately, I was not that person then and I rationalized my choices as being my only option, as though being a drug user was all I would ever amount to or be good for.

There was a point in time when I realized this path could only end in one of two ways; and yet, I continued down that path.  I had essentially given up.  My self-worth had become dependent on the drugs I flooded my body with and sold to others.  What began as something supplemental, to simply ease the financial burden of having developed an insatiable personal drug habit had grown out of control and became totally overwhelming.  I abandoned all sense of normalcy, all possibility of hope.

I now look at my life and the world much differently.  This experience of over 4 years of jail, as hellish and miserable as it may sometimes be, has been enlightening.  I look back with disgust, shame, and regret at who I used to be, who I allowed myself to become.  Regardless of what led me down those dark roads, regardless of circumstances, there is no more trying to rationalize actions for which there can be no excuse.  As clouded as my judgment became, as skewed as my logic was, my past, my present, and my future are all the result of my own poor decisions.

There is no doubt in my mind that this experience was absolutely necessary for me.  It took incarceration to break me down to my most basic self.  It has humbled me.  It has forced me to reflect on my past, acknowledge what needs to be left in the past, and to rebuild around sounder ideals and habits that will hopefully enable a fulfilling life.

2

Sir, I have chosen to maximize this opportunity to learn from my failures and my mistakes, gaining a lifetime worth of insight in the process. I have worked alongside the deputies in the jail as a trusty, helping them with the intake and booking of other inmates. I have read more than one hundred books while I have been in jail, far more than I had ever read in the rest of my life combined. I have learned to speak Spanish here which, although it was the language of my grandparents, I had never been comfortable conversing in before. Most important, I have learned patience and to accept that there are things I cannot control.

Today I ask for your consideration so that I may be able to apply these lessons, these new habits and insights, to reconstitute myself as a better person. I seek to undo some of the damage I did to the public and to the broader society and to the people who care about me and sacrificed for me, starting with my mom and dad and my family. I would like to give them some hope at this point, rather than disappointment and pain which is all I have given them until now. And I pledge to work hard in the years ahead towards setting my own life straight, implementing the lessons I learned, squaring accounts, and having a positive impact that will hopefully, over the course of time, begin to atone for my harms.

Finally, I want to apologize to Catherine Stuckey. I am the one who got her involved in this. It is my fault that she is facing sentencing and I am asking you to have mercy on her. Contrary to what I emailed to her, I did not and would never want to ruin her life. I want her to know how sorry I am for what I did and the problems I caused her. I do not want her to go to jail. Please do not sentence her to jail.

        Respectfully,


        Gabriel Alva