# Exhibit B

January 18, 2024

Honorable John A. Mendez
Senior United States District Judge
501 I Street
Sacramento, CA 95814

Dear Judge Mendez,

My name is David Alva. I am 68 years of age, living in Los Angeles. I am the
father of Gabriel Alva. I understand the purpose of this letter is to give an
outline of my relationship, experience and history with my son.

I was born in New York but have spent most of my life in Los Angeles. I'm
currently living in the San Fernando Valley. I've been a hairdresser for 50
years. I have been a member of Alcoholics Anonymous for 50 years. I've been a
member of Alanon parent group for 15 years. I am married to Victoria Alva. I
am retired, and today I dedicate myself to working with young people new to
recovery and parents suffering the pain of losing their kids to addiction.

Gabriel Alva is my son. He is 31 years of age, born February 18, 1992. He and
his sister have been the most important people in my life.

Gabriel means everything to me. As a child Gabriel grew up in a loving home
with a healthy environment. Incredible support, neighborhood full of friends,
other families that loved him. He was as normal a kid as I've ever seen.

Growing up Gabriel was very involved in the community by way of sports and
music. He played many sports, and was very good at all of them, but he was
unusually humble, rather, I'd say he did not care for the spotlight, almost
uncomfortable but he gave all he had to everything he did. He became an
accomplished musician, he could play piano, guitar and drums, he played in
the school marching band and jazz band then started a rock band. I was the
proudest father, way more than I could ask for.

Gabriel grew up with his sister Savanna, who is four years younger than him.
He was a very good brother, is a very good friend to her.

Gabriel always had a busy social life and yet knew that there were times to
take things seriously. He knew everyone in his family, his aunts, his uncles,
his grandmothers, including my mother, who is about to turn 100 in February
and doesn't completely understand why she hasn't seen him in so long; she

misses him.

Gabriel was also a national level cyclist. By age 12, he had won three national medals in Utah, and never once cared to look at the trophies he had won. His humility was profound. He was never comfortable with me talking about him and his accomplishments. Gabriel always had an altruistic outlook, even in bike racing with the team where he was clearly the strongest in the team. He never cared about winning as much as he cared that all his teammates were part of it. When my son was 13 and in a race that was one of the biggest races of the year, Gabriel and his teammate were both in the lead, and as it came to the finish line, Gabriel let up simply to let his friend Eric win because Eric hadn't won a race all year. Without thinking I said something to my son about not winning, he looked at me and said "winning means more to Eric than it does to me."

Gabriel always did well in school. After attending private schools and because of his love of music, he chose to go to a public high school to become part of the jazz band which he did. We traveled to several colleges including the Berkeley School of Music in Boston to look into that as a possible college for him. He never entered one.

Gabriel's senior year of high school was a shift. When Gabriel was 14, his mother and I filed for divorce, and although we did our best at being civilized and loving, it took a tremendous toll on my son. He was older and incredibly sensitive. My son loves his mother deeply, and I think he became the self-imposed man of the house, which I never wished on that young man. There was a shift in him and for that I will always feel pain.

For the last decade, my relationship with my son has been difficult and we have had obstacles. Although I am sober, regardless of my efforts I could not stop the power of addiction in my home. Just as many other families suffer from the same problems that I have in my home, my son's addiction grew as did my depression, my hopelessness and my inability to make a difference. Walking through this experience, watching my son get arrested, has done nothing short of breaking my heart. I understand addiction more than most and I pray to God that my kids will not be part of that. Yet my son has a God in his life, and during the time that he drifted into addiction and performing the things that brought him to this court room, I think my son lost sight of who he was and he was consumed by making it being successful, the almighty pursuit of happiness that we all talk about. He went about it in all the wrong ways.

During the last almost 4 years that my son has been incarcerated, he and I have both been profoundly affected. Although painful to speak to my son on the phone or through glass, I absolutely see a profound change in his character, his demeanor and his peace of mind. I do believe my son is grateful that he was arrested. I don't think my son would be alive today had he not

been arrested. I believe in him with my whole heart. I know who he is, I know he's a powerful young man, and I believe he has the ability to help other young men with his experience.

Everyone in Gabriel's family has been broken through this experience. I have not gone through a harder period of time in my life, watching my son. I absolutely support a drug rehabilitation program for him. I don't believe a fair sentence for my son would be one that did not include that. I know my son made a lot of mistakes, that he had gotten too far away from understanding the difference between right and wrong. I make no excuses for my son's behavior, nor is any excuse needed.

Please give this young man the opportunity to live a better life and for me his father, to be able to be with my son again before I leave this earth.

Respectfully,


David Alva                                    2/2/2024

Dear Judge Mendez:

I am writing to you in regards to the sentencing of my son, Gabriel M. Alva. I realize it will be most helpful for you to get an idea of Gabe's family history/relatives. Give you a clearer vision of him before he made the biggest mistake of his life.

My heritage is Mexican/American, sprinkle of German ancestry. Had an ideal childhood growing up in the SF Valley of Los Angeles, both parents worked. My father worked two jobs at times to make ends meet. While I grew up in a predominantly Caucasian neighborhood, I knew I was the only Mexican at my High School that wasn't "bussed in" from the inner city. That being said, I knew my heritage and was proud of it. Met my ex-husband, David Alva at 23 yrs. of age.

We instantly connected mostly because of our similar heritage, values. Married at twenty six, settled into what I still consider, a very ideal life.

The marriage lasted for seventeen years. I was an at home mom to our two children (Gabe, Savanna), which was extremely important to me. Children attended private Catholic schools, I volunteered weekly, got the kids involved in extracurricular activities. As a family, we chose to volunteer our time at Para Los Ninos after school center/preschool in DTLA. I felt it important for our children to see children of the same heritage less fortunate, to give back.

There were quite a few instances while Gabe was growing up that I sensed he was an "old soul". In the positive sense, showed empathy towards others. Negative sense, he was never quite comfortable in his own skin. Sadly, I think that's what drove him to self-medicate with drugs. At one point, during middle school, we discovered he was self-mutilating himself with "cutting." While his father was more equipped to understand this than I was, we got him into Psychotherapy. You see, Mr. Alva, is a recovered addict, himself. It pained me to know my boy, hated himself that much.

As a teen, he loved music, played drums and the piano. Oh, and girls were a close second! He was in a local band, we encouraged him as a family. Even Grandpa (my father) was his "roadie" at times. My father was a big part of our kids' lives. He is from Guadalajara, but now lives in Guatemala with my stepmother, Leonor. To say his move to another country created a

void in our lives, is an understatement. He was my best friend. Gabe became involved with a movement called "Straight Edge" in his teen years. Google Def; "A punk music subculture dedicated to great music, rejection of authority, abstinence from drugs, alcohol." Cycling was also a big part of his life. Was it due to influence of his father? Yes. Lots of pressure from Dad to compete. He was the National track cyclist champion for his age division (15-16). Was the youngest rider (11-12) of a fundraising Century (100 mile ride), with Lance Armstrong at his side. Sadly, I believe he was constantly seeking Dads approval. Struggled with it for many years, probably still does. Dad was very "Type A."

Mr. Alva and I divorced in his teen years, the hardest decision of my life. I prided myself on creating a happy home life, but Mr. Alva was not satisfied. Do I regret breaking up my family? Yes! But, I wasn't showing my children an example of a "healthy marriage." I wanted Mr. Alva to go find his happiness, as he wasn't finding it at home. That being said, we were 50/50 custody, all pretty standard division of assets. Very fair divorce, I think I just held on to some resentment about infidelities. What can I say? I'm a true Latina, good and bad.

Within my memory bank, things changed in Gabe's Senior High year. While he was responsible, worked part time, school. Marijuana became part of his life. He toured College campuses, Berklee School of Music (Boston), SFU. Not with his parents, but with his aunt, Susan Alva. She is a huge part of his life, truly inspiring woman. She is a civil rights attorney in L.A., starting with United Farmworkers in Central Ca. After his graduation he came to me with a very panicked look and said "I don't want to go away to College!"

After many days of arguing, debating (I didn't go to College, had no leg to stand on) I said "Fine, you think you know everything now! Work full time, pay me $500/mo in rent, pay for your own expenses. He agreed, lived with me full time at that point. That boy has always had a strong work ethic. At nineteen he became the Manager of local health club, up at 4:30 AM daily to open the doors at 5 AM. It was there he met the owner, Armando. He was a mentor, as Gabe got his Real Estate license (at nineteen) to work alongside him/investment properties, etc. Sadly, I think he took advantage of Gabe, but that was a lesson he had to learn on his own.

Shortly after that he decided he wanted his own apartment. He was always respectful of my home; no sleepovers, large parties, just a few friends over.

Did it sadden me? Most definitely! If you haven't noticed by now in our story, we have a special bond. Is it the stereotypical Latina mom? Possibly, as my Mom (age 93!) still has that bond with my older brother, Sargent Joe Garza, LA County Sheriff's Dept.

Quick side note, but an important fact; Gabe tried out for the LA County Sheriff's Dept. with the help of my brother, Joe. From what I understood, the only test he failed was the physical one, ran the mile too long. Gabe was so very embarrassed. He never wanted to speak of it again. Ironic, he could have become a part of law enforcement. For whatever it's worth Judge Mendez, I do believe he would have been good at it.

After that point, sadly I didn't see much of him. I tried to keep the "Sunday night family dinners" tradition going, but many times he was a no show. His appearance changed, use of steroids, weight lifting. He became a moody, brooding quick tempered young man. I knew then, he was becoming an addict to drugs, money. As a family we tried two interventions for rehab, to no avail. He became a literal stranger to us all.

Clearly, I had no idea how much he was selling/using until that fateful call in May from the authorities that he had been arrested while being under surveillance with the Federal Government.  Needless to say, our lives changed forever.

Your honor, my honest opinion is this happened in the nick of time. I consider us lucky not to have lost him to an overdose, he will say the same. Truly believe this is part of his journey in life. Gabe would benefit immensely from any and all drug rehabilitation programs/camps you can make available to him. Therapy (Psychological/Psychiatric) with proper pharmaceuticals prescribed by a doctor. No more "self-medicating".

Since his incarceration, we have all seen a major change in him. Yes, a "model prisoner" you could say. At one point holding down two jobs, because both the Kitchen Dept. and Booking Dept. both wanted him on staff. Well liked by deputies, staff just further proof, he is a respectful, responsible man when not under the influence of drugs. He has expressed to me that he wants to do any/all prison time in Ga., I am extremely apprehensive of this. I respectfully ask for it to be in California.

Lastly, I close out my letter to you with some major health changes in my life. In April I was told by my Cardiologist that I have heart disease, my heart at that point was pumping at 40% of its capacity. Fast forward to June 2nd, after an Angiogram, I was told my arteries were completely clear, but my heart had dropped to 25% of its capacity. My Cardiologist, Dr. Leo Polosajian (in L.A.) said I was lucky not to have had a heart attack yet, as I would not have survived it. He fast tracked an approval for an implanted Defibrillator device. I just had the surgery on 6/16/22. As I showed no symptoms (EKG at my annual physical showed it), it's believed the stress of the last few years has taken its toll on me. I ask that you consider this in the sentencing phase. Nothing would give me more peace than knowing Gabe has started the second chance at a good life at my home in Ga. Thank you for your time, consideration in changing the direction of Gabe's life!

Sincerely,


Ms. Felicia Ritz



Dear Judge Mendez,

It is with great honor and hope that I write this character reference on behalf of Gabriel Alva. My name is Angela Dunson. I am a single mother of two (2) daughters; Christian 22 a University of Alabama Graduate in pursuit of a Master's degree at Hampton University and Amaya 17 years with plans to attend University of Georgia. I have over 30 years of People Management/Leadership experience; 28 years Health Care IT and 3 with Lowe's. I am currently a Store Manager at Lowe's in Suwanee Georgia with oversight of 147 employees of diverse race, background and socioeconomic status. It is my passion to work with teens and young adults exposing and preparing them for professional career opportunities they never imagined possible. It is my full understanding that Mr. Alva is scheduled to plead guilty to Federal drug distribution offense in the state of California.

I met Mr. Alva 3 years ago while working as an Assistant Store Manager at Lowe's. I was new to role in a store challenged with staffing in addition to dependable associates. He was initially hired Part-Time as an Install Sales Coordinator responsible for pulling and staging products for install projects. Mr. Alva was a quick study and always completed assigned tasks well before the end of his shift. Within 2 months he was promoted to a Full-Time LTL position responsible for receiving freight, stocking windows, paint, doors, and maintaining a clean and organized receiving department. Again, in this role Mr. Alva excelled and far exceeded expectations. He began to take on additional responsibilities across the store, making himself useful in many departments such as Seasonal, Appliances, Millworks, Hardware and Tools.

Mr. Alva was well liked and greatly appreciated by Leadership and his peers. He was a team player assisting store associates and customers in various aspects. Understanding challenges with labor, hours, and staffing, Gabriel worked beyond scheduled hours and came in on his off days to assist with projects and tasks falling outside of his job duties. In big box retail, the Receiving Department and Front End can make or break a store. Our receiving department was a cesspool of trash, damaged products, returns and incoming unorganized freight. Gabriel cleaned and organized receiving. In addition, he went above and beyond to create a system managing the storage of incoming freight. This allowed online orders to be picked and stored for quick access by the Front-End Team; which intern improved Pick Up In Store survey scores. At the time, this methodology had no name. Today, Lowe's has implemented a similar process called "SIMS" Store Inventory Management System. Gabriel consistently worked in a manner to improve process, approached responsibility with intelligence and thought outside the box to make the job easier. He was a store associate discussed at a District level for his overall contributions.



It was obvious Gabrial wore an ankle monitor. Upon his hire, he was honest about his past and challenges with drug addiction. Early in role, he was an easy target for ridicule, jokes and doubt. He was asked to do things no one else wanted to do yet he never allowed this to bother him or impact his performance. He showed up each and every day and outworked any and everyone. In time he became well respected by all. He assisted elderly coworkers with projects in their home. He also went above and beyond to resolve customer complaints by delivering failed deliveries to them. As a Leader he was the employee you depended upon. Store associates were sadden to learn of his unexpected departure as again Gabriel had proven to be a very valuable asset to our store and a helpful teammate.

It is with great hope of freedom from drug addiction and further incarceration that I write this letter on behalf of Mr. Alva. Over the course of working with him and discussing his goals, I witnessed a maturity in his thinking as it relates to his future. In our conversations, he shared while living in California he had not thought of life beyond his early twenties. For everything good, his drug addiction had always brought him to rock bottom. He was clearly able to see how his associations and prior choices in life had led him down a dark path. While working for Lowe's, Gabriel was filled with a desire for opportunities he had not deemed possible for himself. Lowe's is a company which invests in veterans and those in need of a second chance. Gabriel had realistic goals of being a leader within the Company. He also realized there was opportunity in being an Entrepeneur by partnering with Lowe's. I continue to see signs of growth during the past couple of years he has been in custody. He maintains a work life as a trustee and understands he has options after incarceration. He further admits incarceration has provided a much-needed rehabilitation from drugs which otherwise might not have occurred. This growth and a very different conversation from the beginning days and weeks in custody. Gabriel also made me aware that his sister also struggles with drug addiction. I believe drug rehabilitation with family therapy would help him with any additional demons he has left to face. I sincerely believe Gabriel is remorseful for past transgressions and pray time served, demonstration of his capabilities, maturity has earned compassion in sentencing.

Respectfully,

**LOWE'S** || Angela Y. Dunson

Store Manager | Lowe's Companies Inc.

T. Christopher Duffy

Newbury Park, CA 91320
10/16/2023

Dear Judge Mendez,

I am writing to provide a character reference for Gabriel Alva, whom I have known personally for over twenty-five years. My name is Todd Christopher Duffy, and I work as an independent hair stylist in Westlake Village, CA. My wife and I are partners in a creative corporation called Duffy Design Group, Inc. I have been married for 27 years and have 2 adult children, ages 21 and 25. I have been volunteering coaching lacrosse and cross country for middle and high school athletes as well as mentoring young adults to help them reach the best versions of themselves. My wife and I also volunteer our time with Father Gregory Boyle's Home Boy Industries and been profoundly affected by this experience. I understand the gravity of the purpose for which I am writing this letter, and I sincerely hope that my insights into Gabriel's character will be of help in your decision-making process.

I met Gabriel through my relationship with his father, David. David and I were educators for an international hair care company. Gabriel was always a very kind and considerate young man. I have always known him to be self reflective. Whether he was competing at the national level in bicycle racing or studying to better himself he would always give his all. I remember one defining moment for me when Gabriel was studying for a difficult class that he wanted to do well in. Gabe came out of his room with a look of exhaustion. I felt for him as I could see that he was intently focused on doing well. I saw him go up to his father and David embraced him with a big hug as if to let him know that everything is going to be alright. Gabe said he was exhausted. David told him "Your'e doing it! You're right where you need to be." Gabe's body language changed immediately and he stood a little taller. The two of them looked in to each others eyes and they both had loving smiles on their faces. I have always remembered that moment because I saw two grown men respecting each others difficulties and each left that encounter richer and feeling they could do anything. It made me want to be a better father, husband and a better man. It showed me the power of kind supportive words and their effect with people that are suffering. Gabriel has always been a dedicated individual and has always strived for being his best.

I am aware that Gabriel has faced challenges in his life, particularly his battle with drug dependency. I know that dependency has had profound effect on others as well. However, the person I've come to know has always shown a sincere desire to overcome these challenges and be a positive influence on his family and friends and community. His dedication to recovery and his commitment to setting a right example has always been commendable. My hope is that he will continue to be able to help others through sharing his journey. Gabriel has a tremendous heart, will and determination that I am confident will drive him to helping numerous people going forward.

These court proceedings have undoubtedly taken a toll on Gabriel and his family. From our interactions and conversations, I can genuinely sense the remorse he feels and his strong desire to make amends. He often speaks of his aspirations for the future, particularly his wish to continue his education and contribute more actively to the community. I am aware of his significant growth in his character during his time in custody, creating a deeper understanding of his responsibilities and a mature outlook on life.

The thought of prolonged imprisonment and separation weighs heavily on Gabriel and his family and to me. While I understand the necessity for accountability, I genuinely believe that mandatory drug rehabilitation treatment could be immensely beneficial for him. Gabriel's

potential for a constructive life post-rehabilitation is extremely promising, and I feel that compassion in sentencing would be appropriate in his case, given his remorse and dedication to positive change.

In conclusion, while I recognize the seriousness of the charges against Gabriel, I sincerely believe in the good nature I have witnessed in him. I know that the positive change that he can effect in society is immense. I humbly request that you consider the character attributes I've highlighted and the potential for Gabriel's rehabilitation and positive contribution to society.

Thank you for your time and consideration.

Sincerely,

Todd Christopher Duffy

January 16, 2024

Honorable John A. Mendez
Senior United States District Court
5011 Street
Sacramento, CA 95814

Re: Gabriel Alva

Your Honor,

I am Gabriel Alva's aunt; he is the son of my brother David and my ex-sister-in-law Felicia Ritz, with whom I am still close. My partner Greg Simons and I have been together for almost 25 years. I've been an attorney since the early '80s and have spent my entire career working for immigrant rights in community and nonprofit organizations throughout California. I co-founded a nonprofit immigration law office over eight years ago in Los Angeles, where I continue to serve as its Associate Director.

I write this letter in support of my nephew Gabe with the hope that it will be taken into consideration by the court in deciding the outcome of the charges he faces. I have obviously known Gabe since the day he was born. He is our family's firstborn son, grandchild and nephew. Most of our family, including my 99-year-old mother and my father before he passed, have lived in the same Los Angeles area for all of Gabe's life. We would often and still get together as a family especially for holidays. I am also Gabe's godmother.

Throughout Gabe's childhood, he would spend weekends with me and my then-husband regularly. He was a joy to be with and enjoyed being exposed to different surroundings and experiences (he was raised in suburban Woodland Hills; I live in mid-city Los Angeles). He was always curious, open, eager to learn, excited by everything he saw. I can still picture him hanging out the car window as I'd drive him through downtown, just soaking it all in. This is also when I first saw his kind heart and empathy. In spite of being raised in somewhat affluent and protected surroundings, his immediate reaction to seeing a homeless person's outstretched hand was to give something.

As he grew older and developed his own life and interests, we spent less time together, but I remained a regular fixture at all of his important moments and he was always there for me when I needed a helping hand. What was (and still is) amazing about him is that whatever he tried, he did exceptionally well. When he and his father shared a passion for biking, Gabe qualified as a competitive racer. When he took up the drums, I remember taking him and his bandmates to record in a studio and overhearing the technicians comment how good he was.

It was during Gabe's teen years that his parent's marriage began to falter and this had a deep impact on Gabe's life and spirit. I feel one of the biggest hits was Gabe not going on to college. During his last year of high school, I took him on several trips to see colleges, including San

Francisco and Boston. He was excited and had his parents support but that disappeared as his parents' marriage ended.

I've always seen this as a critical moment in Gabe's life and his seeming to flounder after high school. I'm ashamed to say that I did not realize until recently how heavy his drug use was during this time.

I have never, to this day, known Gabe to be violent in any way, shape or form. His heart and soul are still there under all this turmoil. He has always been respectful to me and my mother with whom I live (my father passed away almost 30 years ago). To this day, even while in jail, he calls me and his grandmother whenever he can. I watched him growing up and saw him interacting with others, including adults, with maturity, kindness, sensitivity, respect and a good heart. I still see those traits in him.

The impacts of Gabe's arrest, detention and these court proceedings on Gabe and his family have been profound. Our family has never experienced anything like this, and our world has been rocked. The possibility of a long sentence is a constant nightmare. My soon-to-be 100-year old mother does not fully understand what is going on, only that she has not been able to see her only grandson in a very long time.

I have traveled to Sacramento to see Gabe and have been amazed to the point of tears to see how he is handling this and the effect this has all had on him. Gabe has told me about the different jobs he has been assigned to, the responsibilities they entail, and how he is trying to take care of himself for example with exercise and reading. I am amazed at how quickly he seems to have gained the trust and confidence of the jail staff in giving him these types of assignments but then again, I know him to be intelligent, respectful, disciplined, and very good at whatever he sets his mind to. Another example is when he was released pending trial and went to live with his mother in Atlanta, he went to work at a large home improvement store. Based on his strong work ethic and ability as a fast learner, he was quickly tapped for promotions, not without resentment from some co-workers.

More impactful to me, and important for him, have been his voluntary expressions of remorse at the mistakes he's made and that he bears full responsibility for the choices he made and the life he got into. None of this blaming the parents or an unhappy childhood. He told me of a visit he received in jail from an official explaining to him that he was there to interview him for a program he had been recommended for where he could be eligible for certain learning programs not readily available to every inmate. He told me he wants to make the most of his situation and take every opportunity available to him to learn from his mistakes and be able to lead a better life.

I do believe Gabe needs and would benefit greatly from a drug rehabilitation program. That he slipped back into use while temporarily released from detention indicates this. I'm also confident that, as with so many situations he has faced, he will succeed but he knows he needs help with this one.

Gabe's remorse, acceptance of responsibility, and his mental strength and discipline over these last four years, as indicated by the degree of trust and responsibility bestowed on him by jail officers, has given our family strength and inspiration to get through this. It has strengthened our relationships and support for Gabe and one another and also makes us hunger to be able to be with him again when the time is right. The possibility of a prolonged separation from him is almost unbearable. I am 71 years old and pray that I'll be able to spend as many years as possible being a better aunt to him. His grandmother will be 100 years old in February and may never see her only grandson again. I've watched Gabe's father, my brother, anguished and tormented by his son's situation, and the profound impact that Gabe's remorse and acknowledgement of responsibility had on him. It's as if a great weight has lifted from my brother's soul but it is now replaced by the anguish of the possibility of a prolonged separation from his son with whom he has once again found closeness. Gabe's mother is a rock for him, but she and I are close enough that she breaks down sobbing with me, thinking of the possible time he could spend in prison and that she will have to endure being without her only son.

I'm even more anguished by the possibility that Gabe will lose more years than necessary to lead the life I know he's capable of. And by necessary time, I mean, as has been taught to me by the work I do, just enough time to think about what he's done and to figure out how to live when released. Gabe has never been in any legal trouble before, which I believe has made and will make this experience more impactful to him; the lessons it can bring have already begun to show. I pray that the court will show compassion in deciding the necessary time.

Respectfully submitted,

Susan Alva

October 15, 2023

Dear Judge Mendez,

I have been collecting these types of letters for over thirty years as an assistant federal public defender in Los Angeles and Washington, D.C, and now as a county public defender in Illinois. Today I am writing a letter in support of my nephew, Gabriel Alva, and it is extremely difficult to do. It is difficult because I feel that I cannot find the words to convince you that a sentence of time served and probation with counseling and drug treatment would be the appropriate sentence in this case. It is also difficult because I do not want to speak disparaging of my older brother, Gabriel's father, who I love and who I know loves his son. And yet I know in my heart that Gabriel's childhood catapulted him into the life he led as an adult and that the adults around him failed to protect him.

I am also a sister, wife, mother, and a rule follower. I am anti-drugs and anti-guns and have very, very strong feelings against both. I do not condone what Gabriel has done nor do I point the finger at someone other than Gabriel for his conduct. This letter does not seek to blame his parents or anyone else for Gabriel's criminal activity. I do believe that Gabriel deserves a second chance and an opportunity to change the direction of his life. I do not know Gabriel to be a violent person, nor do I have any experiences with Gabriel to suggest that he would hurt anyone. Watching him as a child and my contact with him as an adult, I have seen Gabriel as a kind person with a big heart. I would even characterize him as being a sensitive person with compassion for others.

Gabriel had what anyone would describe as a privileged upbringing and was raised in what I saw as a wealthy lifestyle- he was not poor or raised in the projects. From anyone's perspective, he had every opportunity to get a good education and a good job or career. However, I believe that his environment was full of pain, suffering, and abuse and caused the whole family stress and anxiety. I believe there was fighting and arguing in the family, and I saw glimpses of it when I was in town. I know that my brother can be very controlling and hot tempered and even as a sixty-year-old adult it is difficult to handle the verbal abusive nature of my brother's outbursts.

I recall being in town and going to a restaurant with family – I remember Gabriel saying to me something to the effect of "you have no idea what I went through" referring to his upbringing. What I recall most is the look in his eyes as they welled up with tears and seeing extreme pain, trauma, and anger. The anger I saw was not directed at anyone but at himself, as if to blame himself for not being able to have control over what had occurred. It is a look that I have never forgotten. I have heard that Gabriel and his sister are drug addicts by family members – I have been at holiday dinners where I saw their father allow them to drink alcohol or smoke cannabis while under the legal age, even though their father is an alcoholic with many, many years of sobriety. I have heard of the problems their addictions have caused them over the years and I think that their drug use, like with many drug addicts, is caused by underlying pain and trauma from their childhoods.

I believe that Gabriel's judgment and thinking was affected by his mental state and drug use; I believe that Gabriel's desperate attempt at being able to leave or escape his home at such a young age, to be able to support himself, led to his decision to deal drugs. I believe that Gabriel, in Gabriel's mind, did not

think he was hurting anyone despite seeing the effect drugs has on his younger sister. I also cannot imagine Gabriel to be a person who would have used the guns he had against anyone.

I know that Gabriel and his family love each other very much. I have seen the four of them lead separate lives while missing each other and yearning for change, forgiveness, and reconciliation. It has been painful to watch, and Gabriel's arrest brought all of that to the forefront. I have seen Gabriel's father in a lot of pain since his arrest and despite his flaws, there is no father who loves his son more than he does; he is consumed with fear and pain over his son's situation daily to the extent that it has put a strain on our family. I believe that Gabriel's sobriety over the years in jail has forced him to face his mental health issues. This time has given Gabriel the clarity, and even safety, he needed to recognize what his life was, without justification, and with great remorse. Gabriel has worked in the jail and has tried to be as productive as he can in a positive way. I am hoping that Your Honor believes that a fifteen-year prison sentence in this case is too severe; that such a lengthy prison sentence would not improve Gabriel's odds of rehabilitation but only make it far more difficult and maybe even insurmountable as he would be forced to live and acclimate to years in prison. I pray that you see that he is in the best position now to succeed and turn his life around if given that chance, because he has hope today. I believe that Gabriel is a young man who deserves a second chance in life. I wish this were the law – to always give a young person, a first offender, a second chance and to say, "you can do it." I love my nephew and I believe he can do it.

Sincerely,

Teresa Alva Rioux

Gabriel's Aunt

Honorable John A Mendez
Senior United States District Court Judge
5011 Street
Sacramento, CA 95814

Re: Letter in Support of Gabriel Alva

Deqr Honorable Mendez,

My name is Gregory Simons. I am the long time partner of Susan Alva, who is the aunt of
Gabriel Alva and sister of David Alva, Gabriel's father. I have known Gabriel since he was a
young teenager both in person and through the stories of him shared by family members and
told to me by Susan. During Gabirel's youth I would see him and be with his family at traditional
family gatherings, such as Thanksgiving and Christmas, about four to five times a year. Gabriel
and I both had a interest in music. There were a few times that we would play guitars together.
He became very interested in music and I even went to a show his band had. I also went to a
music studio where Gabriel was recording along with his band. He was a very talented,
respected and accomplished drummer and musician.

Gabriel was not only a talented musician but he was a talented bicyclist who competed in meets
in his age group. Both he and his father David were avid cyclists when he was in his youth.
Gabriel not only demonstrated talent in his pursuits but he demonstrated intent and dedication
to those tasks. That is one of Gabriel's enduring traits that he could focus his intent on being his
best to meet a personal goal. He was also a polite and very kind kid. He would always take time
to talk to and acknowledge the adults in his family circle and he was very respectful to his family
and friends in communal holiday settings. He was always a hard worker and was able to excel in
music and athletics when he put his mind to it

I have heard that Gabriel has accepted that he alone is responsible for the actions that landed
him in jail and facing time in prison. Gabriel is an honest and intelligent person at his core,
despite the predicament and consequences of where he finds himself today. He makes the best
of it and became a trustee despite the uncertainty of his fate hanging over him for the last four
years. He is disciplined and if he can work hard and keep on track he will find success when he
gains his freedom and independence. I have faith in Gabriel, his family has faith in him and he
will find a supportive family waiting to help him upon his release.

Gabriel is loved and missed by his family. I live with his aunt, Susan, and his paternal
grandmother Libia who will soon be 100 years old. His father and his new wife Vicky visit often
along with his sister Savannah. Gabriel is close to everyone's thoughts and prayers. Gabriel's
mother is still close to us and visits Libia when she can. Gabriel will be warmly welcomed home
when he is finally released. His family will support him as he transitions back to a more normal
life  That transition from from being institutionalized for over four years to one of freedom will
be a hard one for Gabriel. As a convicted felon, his life will not be an easy one and it will add a

degree of difficulty to his transition. But he can count on the support and the love of his family to help him through the difficult times and to provide the resources for him to be successful in his transition. Gabriel is intelligent and hardworking so he will make the most of that transition once he is freed. I feel that he has regrets and remorse for the life he led and will work hard on himself to atone for his behavior and actions

Sincerely,

Gregory Simons

Los Angeles, CA 90004

*KNUDSEN CONSTRUCTION*
*Mark Knudsen*
*22639 Miranda Street*
*Woodland Hills, Ca 91367*
*B1 License #544786 *818-6242192*

*Honorable John A Mendez*                                      *9-11-2023*
*Senior United States District Court Judge*
*501 I Street*
*Sacramento,California 95814*

Dear Judge,

Im writing to you on behave of Gabrial Alva, the oldest child of my dear friend David Alva for over 31 years. My name is Mark Knudsen. I'm 62 years young and have resided in Woodland Hills California since 1992. I'm a veteran of the US Armed Forces and married with 2 wonderful daughters one age 20 and attending university in Wisconsin and the other 13 years of age and attending private Catholic school at Chaminade in Chatsworth California. That are both academic high achievers and participate in school athletics and travel sports. Im also licensed with the state of California since 1988 as a General Building Contractor. I built my residence in 1995 and have resided there for over 28 years. David Alva and I first met during a local bicycle training ride. We've been friends since 1992. We ended up joining the same local bicycle club Warner Velo that year.

I remember David and his wife bringing little Gabe in his car seat to bicycle banquets. They soon had another child Savanna. What a beautiful family they were. I really looked up to David, he seemed like an old sole with a lot of experiences behind him. I know all about his history and his struggle with being sober. I was fortunate to grow up when I did in the 70's. I feel like I was one of the lucky people to move away from Los Angeles and join the US Army. They screwed my head on straight and gave me an opportunity to grow up and be responsible for myself, my actions and make a future for myself. I became involved with Triathlons while a soldier. I left the Army after 6 years and went to Contractor's school. I joined a local bicycle club after the Army and soon worked my way through the different categories of racing. At 31 years of age I was racing with professionals here on the west coast.

After the housing crises of 2008 David and his wife divorced and I know Gabe was not happy with his father. He blamed the break up of their family on his father. I remember they were so close. We would go on early 6:00 am rides for 2-3 hours and little Gabe would come along. He was quite the athlete as a teenager. He was very successful at the local and state levels in racing. I remember seeing him at high school football games marching with the band. He was a respectful great young man. I was very impressed with Gabrial. In 2010 David asked me if I could give Gabe a job. He was a 6'2" skinny kid. I hired him in the summer and I remember him working in the 100 degree heat. David would say to me what are you doing to my kid. He comes home and is so tired he couldn't muster the effort to shower. After a short period of time he couldn't take it anymore and quit. David told me that Gabe was in the gym and working for a gym and was really changing physically. I saw Gabrial years later and he was enormous maybe 100 pounds heavier then when I knew him and it was all muscle. He looked menacing and intimidating. I found out that David suspected him of using steroids. I had no knowledge of

*PEDS, I knew that they were banned in my sport and they tested for them. I never was subjected to those things so it was out of sight out of mind.*

*I got a call from David 4 years ago and he told me that Gabe was taken down in a raid of his living quarters and what was recovered from there. I was absolutely shocked by what I was hearing. David and I have always been close since the early 90's. He kept me up on Gabriel's incarceration and what was happening. The one thing that David and I would say to each other is he is sober and safe and away from those bad elements that he was surrounded by. He probably wouldn't have made made it to today. We all know that things end up badly eventually for drug dealers. Being arrested has probably saved his life.*

*This young man has straightened his life out. He is a model prisoner from what his father tells me. His parents are super folks who provided a wonderful surrounding for their children. Now I know they divorced and that doesn't happen over night. So those two kids were subjected to some ill feelings and words spoken from their parents to each other. Divorce is not at all beneficial to children. I believe Gabe looked for and found a way to escape from the reality of what was and what happened to his family. I remember his sister living with her father and Gabe living with their mother. It was a mess for them. In my heart I truly believe that Gabe should be held accountable for his actions as an adult but the ground work for failure was already written for him as a teenager. I know he has spent the last 4 years of his life incarcerated and could spend a whole lot of years longer. I believe with the proper stipulations in place such as mandatory alcohol and drug testing as well as visits by probation department officials to his work and living quarters, after his release this young man will turn his life around in society and become a responsible citizen and possibly have a family of his own one day. If he is released and comes back to Southern California I will provide employment for this young man and send monthly progress reports to the court about his employment. You have my word your honor…*

Sincerely, Mark Knudsen