PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:21-cr-00178-JAM |
|---|---|
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| GABRIEL ALVA, | |
| Defendant. | |

On or about July 27, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Gabriel Alva, forfeiting to the United States the following property:

a. Approximately 10.6396908 Bitcoin,
b. Approximately 8.414561 Litecoin,
c. Approximately 1.5639 Ethereum,
d. Approximately 0.5187177 Bitcoin,
e. Approximately $827.04 seized from Paypal Account assigned to email gabrielalva92@gmail.com, plus all accrued interest, and
f. Approximately $8,975.10 seized from Discover Bank Account Number 7016627348 in the name of Gabriel Alva, plus all accrued interest.

Beginning on August 13, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Gabriel Alva.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection – Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated: June 07, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE